UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:             CHAPTER 13
KAKISHA N MADKIN,         CASE NO. 17-41643-MAR
DEBTOR.                      JUDGE MARK A RANDON
_____/

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. As debtor has a Plan payment delinquency in the amount of $2,319.48, which, pursuant to her testimony at the § 341 First Meeting of Creditors, is due in part to her chronic medical condition which causes her to miss work, Trustee requests debtor counsel to provide the appropriate order excusing and allowing for payments to be paid by ACH and for the debtor to immediately provide the documents necessary to effectuate the same.

2. Trustee requests clarification in any Order Confirming Plan to correct the election in Part II.A. of the Chapter 13 Plan where the Means Test Form 122C-1 reflects that debtor's income is below median and accordingly the applicable commitment period is 36 months.

3. Trustee objects to debtor's failure to account for the direct payment to Acceptance Now treated in Class 5.2 of the Chapter 13 Plan on Schedule J.

4. Trustee requests clarifying language in any Order Confirming Plan to identify the collateral for Acceptance Now in Class 5.2 of the Chapter 13 Plan.

5. Trustee questions debtor's valuation of the real property on Schedule A and requests a recent real property tax bill with State Equalized Value statement and any other documentation upon which debtor relies, as it may affect the best interest of creditors pursuant to 11 U.S.C. § 1325(a)(4).

6. Where debtor had an income tax liability in 2016 and as debtor testified at the § 341 First Meeting of Creditors that she has changed her withholdings, Trustee requires copies of updated pay stubs to verify same.

7. Trustee requests 100% of the profit sharing/bonus checks to which debtor becomes entitled.

8. Based upon the pay stubs provided, it appears debtor has overstated the income disclosed on Schedule I. As such, Trustee questions the feasibility of debtor's Chapter 13 Plan.

9. The Trustee objects to the following expenses of the debtor (Schedule J) as excessive and unreasonable affecting the net disposable income available to fund the Plan in contravention of 11 U.S.C. § 1325(a)(3) and/or 11 U.S.C. § 1325(b):

    a. Clothing, laundry, and dry cleaning - $250.00

    b. Personal care products and services - $200.00

c. Entertainment, clubs, recreation, newspapers, magazines, and books- $125.00

   d. Miscellaneous, license plates, gifts - $75.00

   e. Transportation - $400.00

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

June 21, 2017            /s/ Margaret Conti Schmidt
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI  48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
KAKISHA N MADKIN,  CASE NO. 17-41643-MAR
DEBTOR.  JUDGE MARK A RANDON
_____/

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ACCLAIM LEGAL SERVICES
8900 E 13 MILE RD
WARREN, MI  48093-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

KAKISHA N MADKIN
13411 ROSEMARY BLVD
OAK PARK, MI  48237-0000


June 23, 2017             /s/ Barbara A. Ecclestone
                          Barbara A. Ecclestone
                          For the Office of the Chapter 13 Trustee-Detroit
                          719 Griswold Street, Ste 1100
                          Detroit, MI  48226
                          (313) 962-5035
                          notice@det13ksc.com